# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff,* v. **ROY L. ROBERTS, JR.,** *Defendant.* | Case No. 21-MJ-182-SPS |

## APPLICATION FOR WRIT OF
## HABEAS CORPUS AD PROSEQUENDUM

Comes now Edith A. Singer, Assistant United States Attorney for the Eastern District of Oklahoma, and respectfully shows to the court that the above styled and numbered cause against **ROY L. ROBERTS, JR. (DOB: 01/XX/1985; SSN: XXX-XX-3173; DOC # 847214)**, has been set for arraignment before the United States District Court for the Eastern District of Oklahoma forthwith, and that the said **ROY L. ROBERTS, JR.** is now in the custody of the North Fork Correctional Center, Sayre, Oklahoma.

**WHEREFORE**, the Court is requested to make an order directing the Clerk of this Court to issue a Writ of Habeas Corpus Ad Prosequendum requiring the United States Marshal for the Eastern District of Oklahoma, and the Warden of the North Fork Correctional Center, Sayre, Oklahoma, or a duly authorized deputy, to have the body of said **ROY L. ROBERTS, JR.** at Muskogee, Oklahoma forthwith, in order that he may be presented for arraignment and subsequent disposition of the charges and after said arraignment and ensuing litigation to be returned to the custody of the Warden of the North Fork Correctional Center, Sayre, Oklahoma.

s/   Edith A. Singer
EDITH A. SINGER
Assistant United States Attorney